IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTIAN ROSS HOWARD,               )
                                     )
            Plaintiff,               )
                                     )
        vs.                          )     Civil Action No. 04-217-E
                                     )
GERARD MILL EQUIPMENT, INC.,         )
a corporation,                       )
                                     )
            Defendant.               )


O R D E R

AND NOW, this 5th day of January, 2006, Plaintiff having failed to serve the Complaint and Summons upon the Defendant within the 120 days required by Fed. R. Civ. P. 4(m), Plaintiff is HEREBY ORDERED to serve the Complaint and Summons on the Defendant by no later than January 26, 2006.

The Plaintiff is HEREBY on NOTICE that failure to serve the Complaint and Summons on the Defendant by January 26, 2006, will result in dismissal of the action.

S/Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:  Michael Louik, Esquire