AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of PENNSYLVANIA

CHRISTIAN ROSS HOWARD

V.

GERARD MILL EQUIPMENT, INC.,
a corporation

**SUMMONS IN A CIVIL CASE**

1:04-CV-00217-MBC

CASE NUMBER: 04-217 E

TO: (Name and address of Defendant)

Gerard Mill Equipment, Inc.
454 E. Water Street
Elmira, NY  14901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Louik, Esquire
MEYERS ROSEN LOUIK & PERRY, P.C.
Suite 200, The Frick Building
Pittsburgh, PA  15219

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*R.V. Barth, J.*
CLERK

JUL 3 0 2004
DATE

*Susan J. Shaffer*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 13, 2006 |
| NAME OF SERVER *(PRINT)* <br> Terrance Driscoll | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were _____

    G  Returned _____

    G  Other (specify): January 13, 2006 at 1:45 PM, served SHEILA LAZENBY, Business Manager at GERARD MILL EQUIPMENT, INC., 454 E. Water St., Elmira, N.Y.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan. 13, 2006   _____[signature]_____
               Date                     Signature of Server

                    918 Cedar St.
                    Elmira, N.Y. 14904
                    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.