```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA


CHRISTIAN ROSS HOWARD,            )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )    Civil Action No. 04-217-E
                                  )
GERARD MILL EQUIPMENT, INC.,      )
                                  )
          Defendant.              )
```

O R D E R

Defendant has not filed an answer or other response to the Complaint, which pleading was due no later than February 2, 2006.

AND NOW, to wit, this 8th day of February, 2006, IT IS HEREBY ORDERED that Defendant shall file an answer or other response to the Complaint by no later than March 2, 2006.

The failure of Defendant to file a response may result in the entry of default pursuant to Rule 55.

                              s/Maurice B. Cohill, Jr.
                              Senior United States District Judge

cc/ecf:   Michael Louik, Esquire

          Gerard Mill Equipment, Inc.
          (Forwarded certified mail, return receipt requested;
           and regular first class mail)