IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ROSS HOWARD, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 04-217-E |
| GERARD MILL EQUIPMENT, INC., | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 7th day of March, 2006, defendant Gerard Mill Equipment, Inc., having failed to respond to this Court's Order dated February 8, 2006,

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 55, plaintiff shall move for the entry of default/default judgment against defendant Gerard Mill Equipment, Inc., no later than March 20, 2006.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Michael Louik, Esquire

Gerard Mill Equipment, Inc.
(Forwarded certified mail, return receipt requested;
 and regular first class mail)