IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ROSS HOWARD, | ) |
| Plaintiff, | ) Civil Action No. 04-217-E |
| vs. | ) |
| GERARD MILL EQUIPMENT, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

NOW comes Plaintiff Christian Ross Howard by the undersigned counsel and moves for the entry of default judgment pursuant to Fed.R.Civ.P. 55. In support of this motion, Plaintiff avers:

1. Plaintiff commenced this action against Defendant Gerard Mill Equipment, Inc., by filing a Complaint on July 30, 2004.

2. When Defendant failed to provide Plaintiff with a signed waiver of service of summons, Plaintiff had the summons served upon Defendant on January 13, 2006.

3. On February 8, 2006, this Honorable Court entered an Order requiring Defendant to file an answer or other response to Plaintiff's Complaint no later than March 2, 2006.

4. When Defendant failed to comply with the February 8, 2006 Order, this Honorable Court entered an Order on March 7, 2006, compelling Plaintiff to move for entry of default judgment against Defendant no later than March 20, 2006.

WHEREFORE, Plaintiff requests that this Honorable Court grant this motion and enter default judgment in favor of Plaintiff and against Defendant Gerard Mill Equipment, Inc..

Respectfully submitted,

ROSEN LOUIK & PERRY, P.C.

By *Michael Louik*
Michael Louik, Esquire
Pa. I.D. #00788
Suite 200, The Frick Building
437 Grant Street
Pittsburgh, PA  15219
(412) 281-4200

Attorneys For Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** has been served upon Defendant by forwarding a copy by Certified Mail, Return Receipt Requested, and/or by United States Mail, First Class, Postage Pre-paid, this _15th_ day of _MARCH_, 2006, as follows:

      Gerard Mill Equipment, Inc.
      454 E. Water Street
      Elmira, NY  14901

_Michael Louik_
Michael Louik, Esquire
Attorney for Plaintiff