IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ROSS HOWARD, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-217-E |
| ) | |
| vs. ) | |
| ) | |
| GERARD MILL EQUIPMENT, INC., ) | |
| ) | |
| Defendant. | |

### ORDER

NOW this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Entry of Default Judgment,

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ. P. 55, judgment by default is entered in favor of Plaintiff Christian Ross Howard and against Defendant Gerard Mill Equipment, Inc.

IT IS FURTHER ORDERED that a hearing shall be held before this Court on _____, 2006 at _____ o'clock, ___.m. to determine the amount of damages to be awarded pursuant to this judgment by default.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge