IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ROSS HOWARD, | ) |
| Plaintiff, | ) Civil Action No. 04-217-E |
| vs. | ) |
| GERARD MILL EQUIPMENT, INC., | ) |
| Defendant. | ) |

### ORDER

NOW this _16th_ day of _March_, 2006, upon consideration of Plaintiff's Motion for Entry of Default Judgment,

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ. P. 55, judgment by default is entered in favor of Plaintiff Christian Ross Howard and against Defendant Gerard Mill Equipment, Inc.

IT IS FURTHER ORDERED that a hearing shall be held before this Court on _May 17_, 2006 at _10_ o'clock, _a_.m. to determine the amount of damages to be awarded pursuant to this judgment by default., in Courtroom A, Federal Courthouse, Second Floor, Erie, Pennsylvania.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Michael Louik, Esquire

        Gerard Mill Equipment, Inc.
        (forwarded certified mail, return receipt requested;
        and regular first class mail)