IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ROSS HOWARD,   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>GERARD MILL EQUIPMENT, INC.,   )<br>   )<br>   Defendant.   ) | Civil Action No. 04-217-E |

## ORDER

AND NOW this _____ day of _____, 2006, upon consideration of Plaintiff's Motion to Reschedule Hearing,

IT IS HEREBY ORDERED that the hearing previously scheduled before this Court for May 17, 2006, at 10:00 a.m., to determine the amount of damages to be awarded pursuant to the judgment by default is rescheduled for _____, 2006, at _____ o'clock, ____.m., in Courtroom A, Federal Courthouse, 2nd Floor, Erie, PA.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge