IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTIAN ROSS HOWARD,            )
                                  )
            Plaintiff,            )        Civil Action No. 04-217-E
                                  )
      vs.                         )
                                  )
GERARD MILL EQUIPMENT, INC.,      )
                                  )
            Defendant.            )

**ORDER**

AND NOW this _10th_ day of __April__, 2006, upon consideration of

Plaintiff's Motion to Reschedule Hearing,

IT IS HEREBY ORDERED that the hearing previously scheduled before this Court for

May 17, 2006, at 10:00 a.m., to determine the amount of damages to be awarded pursuant to the

judgment by default is rescheduled for __Wednesday, May 17__, 2006, at _2:00_

o'clock, _P_ .m., in Courtroom A, Federal Courthouse, 2nd Floor, Erie, PA.


_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge


cc/ecf:  Michael Louik, Esquire

         Gerard Mill Equipment, Inc.
         (forwarded certified mail, return receipt requested;
          and regular first class mail)