IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Christian Ross Howard )
)
)
)
)
vs. )   CA 04-217Erie
Gerard Mill Equipment, Inc. )
)
)
Defendants )

HEARING ON   Damages (Default Judgment)

Before   Judge Maurice B. Cohill, Jr.

Michael Louik

Appear for Plaintiff                                    Appear for Defendant

Hearing Begun   2:10  5/17/06           Hrg Adjourned to   —
Hrg concluded C.A.V.  2:30  5/17/06     Stenographer   Ron Bench

WITNESSES
For Plaintiff                                           For Defendant

1. Christian Ross Howard

Exhibits:  π's Med. Records Ex 1
          π's Damages Ex 2

Hearing on damages following default judgment;
opinion to issue