# LIST OF EXHIBITS

DATE OF HEARING: 5/17/06                                CASE NO.: ca 04-217E

**TITLE**

CHRISTIAN ROSS HOWARD            v.            GERARD MILL EQUIPMENT, INC.

**ATTORNEYS**

PLAINTIFF                                                               DEFENDANT

MICHAEL LOUIK, ESQUIRE

COURT REPORTER(S): RON BENCH                DEPUTY CLERK:
                                                                                   BAILIFF:

**EXHIBITS**

| NO | ID | AD | | NO | ID | AD | |
|----|----|----|---|----|----|----|---|
| 1 | | | PLAINTIFF'S MEDICAL RECORDS | | | | |
| 2 | | | PLAINTIFF'S DAMAGES | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |