IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ROSS HOWARD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-217 Erie |
| GERARD MILL EQUIPMENT, INC., | ) |
| Defendant. | ) |

### ORDER

AND NOW, to-wit, this __6th__ day of July, 2006, for the reasons set forth in the accompanying Opinion, it is hereby ORDERED, ADJUDGED, and DECREED that judgment be and hereby is entered in favor of the plaintiff, Christian Ross Howard, and against the defendant, Gerard Mill Equipment, Inc., in the amount of $2,075,773.02, plus costs, as follows:

| | |
|---|---|
| Helicopter Transport | $ 9,689.00 |
| UPMC Presbyterian Hospital Costs | $39,767.00 |
| UPMC Outpatient Surgery | $11,860.25 |
| UPMC Physician Services | $10,384.00 |
| Lost Wages | $4,072.77 |
| Pain and Suffering | $2,000,000.00 |
| | **$2,075,773.02** |

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge