## EXHIBIT RECEIPT

CIVIL ACTION NO. 04-217E
CHRISITIAN ROSS HOWARD v. GERARD MILL EQUIPMENT, INC.

Plaintiff's Exhibits:

1 and 2.

Defendant's Exhibits:

Plaintiff's exhibits signed by:

*[signature]*

Date: 2/22/2007

Defendant's exhibits signed by:

_____

Date:_____

The exhibits are being returned to the respective parties. Please sign and date the receipt and return to:

Judge Maurice B. Cohill, Jr.
Room 8170, USPO and Courthouse
Seventh and Grant Streets
Pittsburgh, PA  15219